FILED

03/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0048

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0048

LAURENCE DEAN JACKSON, JR.,

  Plaintiff and Appellee,

v.

STATE OF MONTANA,

  Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 1, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 23 2023